Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000456
13-DEC-2011
10:16 AM

NO. CAAP-11-0000456

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

VASILII KIM, Petitioner-Appellant v.
STATE OF HAWAII, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. SD-11-1-0002)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) Petitioner-Appellant Vasili Kim (Appellant) filed a notice of appeal on June 8, 2011; (2) the record on appeal was docketed on August 8, 2011, and the appellate clerk filed a notice of entering case on calendar informing Appellant that the jurisdictional statement was due on August 18, 2011 and the opening brief was due on September 19, 2011; (3) Appellant did not file either document; (4) on November 4, 2011, the appellate

clerk provided notice to Appellant that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on November 14, 2011; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, December 13, 2011.

Chief Judge

Associate Judge

Associate Judge